NOVEMBER 29, 1965

**A.R.D. 200.**—United States *v.* Mine Safety Appliances Company, Entered at Pittsburgh, Pa.

A.R.D. 197. Motion by appellee.